IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: RICHARD S SHEETS  
       SOMMER L SHEETS  
       161 CHESTNUT ESTATES DR  
       COMMERICAL POINT, OH  43116

Case No: 09-63795

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The above case having been COMPLETED on February 17, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English  
FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: RICHARD S SHEETS
       SOMMER L SHEETS
       161 CHESTNUT ESTATES DR
       COMMERICAL POINT, OH  43116

Case No: 09-63795

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on November 24, 2009.
The plan was confirmed on March 29, 2010.
The Case was concluded on February 17, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     37,656.91

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 4.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| CAPITAL ONE 00009     UNSECURED | 139.04 | 139.04 | 0.00 | 0.00 |
| CHASE BANK USA NA 00017     UNSECURED | 69.96 | 69.96 | 0.00 | 0.00 |
| DEPT STORES NATL BANK/MACYS 00018     UNSECURED | 80.35 | 80.35 | 0.00 | 0.00 |
| DIRECT TV 00028     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK 00013     UNSECURED | 227.43 | 227.43 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC 00011     UNSECURED | 353.18 | 353.18 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC 00004     UNSECURED | 588.15 | 588.15 | 0.00 | 0.00 |
| EAST BAY FUNDING LLC 00026     UNSECURED | 17.20 | 17.20 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORP 10007     UNSECURED | 35.03 | 35.03 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORP 00007     SECURED-506 | 500.00 | 500.00 | 50.57 | 0.00 |
| GREEN TREE SERVICING 00001     SECURED | Paid outside | 0.00 | 0.00 | 0.00 |
| KINGSTON NATIONAL BANK 00016     UNSECURED | 187.10 | 187.10 | 0.00 | 0.00 |
| OSU VETERINARY HOSPITAL 00020     UNSECURED | 7.15 | 7.15 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-63795   RICHARD S SHEETS and SOMMER L SHEETS

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---:|---:|---:|---:|
| PRA REC AGENT OF PORTFOLIO<br>00023     UNSECURED | 434.78 | 434.78 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00024     UNSECURED | 372.92 | 372.92 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00019     UNSECURED | 202.11 | 202.11 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00015     UNSECURED | 40.39 | 40.39 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00027     UNSECURED | 66.01 | 66.01 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00010     UNSECURED | 164.57 | 164.57 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00012     UNSECURED | 205.25 | 205.25 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00005     UNSECURED | 337.80 | 337.80 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00006     UNSECURED | 343.23 | 343.23 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER<br>00014     UNSECURED | 15.30 | 15.30 | 0.00 | 0.00 |
| RICHARD S SHEETS<br>00000     DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD S SHEETS<br>00000     DEBTOR REFUND | 96.09 | 96.09 | 0.00 | 0.00 |
| Riverside Methodist Hospital<br>00021     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SOMMER L SHEETS<br>00000     DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Target<br>00022     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| TELHIO CREDIT UNION<br>00003     SECURED-PMSI | 19,863.31 | 19,863.31 | 4,440.82 | 0.00 |
| UNITED GUARANTY RESIDENTIAL<br>00002     UNSECURED | 992.81 | 992.81 | 0.00 | 0.00 |
| W MARK JUMP ESQ<br>00029     ADDITIONAL ATTORNEY FEES | 3,086.08 | 3,086.08 | 0.00 | 0.00 |
| WELLS FARGO BANK NA<br>00025     UNSECURED | 59.20 | 59.20 | 0.00 | 0.00 |
| WORLDS FOREMOST BANK<br>00008     UNSECURED | 233.16 | 233.16 | 0.00 | 0.00 |
| Previously refunded during<br>pendency of case | 96.09 | 96.09 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| ALLOWED | 23,449.39 | 0.00 | 129,302.94 | 0.00 | 96.09 | 152,848.42 |
| PRIN PAID | 23,449.39 | 0.00 | 5,172.12 | 0.00 | 96.09 | 28,717.60 |
| INT PAID | 4,491.39 | 0.00 | 0.00 | 0.00 | | 4,491.39 |
| | | | | | TOTAL PAID: | 33,208.99 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-63795    RICHARD S SHEETS and SOMMER L SHEETS

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| W MARK JUMP ESQ | 3,000.00 | 3,000.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 1,544.01 | 0.00 | 0.00 | 1,544.01 |

Dated: 03/03/2015

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: RICHARD S SHEETS  
       SOMMER L SHEETS  
       161 CHESTNUT ESTATES DR  
       COMMERICAL POINT, OH  43116

Case No: 09-63795

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English  
FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: RICHARD S SHEETS  
      SOMMER L SHEETS  
      161 CHESTNUT ESTATES DR  
      COMMERICAL POINT, OH  43116

Case No: 09-63795

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 3/3/2015

/s/ Faye D English  
Electronically signed by  
Faye D English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee  
Faye D English, Chapter 13 Trustee  
, Attorney for Debtor

By ordinary U.S. Mail addressed to:

**Plus all parties on the attached Creditor Matrix**

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-63795   RICHARD S SHEETS and SOMMER L SHEETS

Creditor Matrix for Case Number 09-63795

| Creditor Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| B-Line, LLC | Attn: Steven Kane PO Box 91121 | Seattle | WA | 981119221 |
| BAC Home Loans Servicing, LP | | | | 000000000 |
| BAC Home Loans Servicing, LP | 2380 Performance Dr. Bldg C Mail Stop: R | Richardson | TX | 750820000 |
| Bank of America, NA | 2380 Performance Dr. | Richardson | TX | 750820000 |
| Capital One, NA | Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 | Tucson | AZ | 857120000 |
| East Bay Funding, LLC | c/o Resurgent Capital Services PO Box 288 | GREENVILLE | SC | 296030000 |
| Green Tree Servicing, LLC | PO Box 6154 | Rapid City | SD | 577096154 |
| National Capital Management, LLC | 8245 Tournament Drive Suite 230 | Memphis | TN | 381251741 |
| Ohio Department of Taxation | | | | 000000000 |
| PRA Receivables Management, LLC | PO Box 41067 | Norfolk | VA | 235410000 |
| Roundup Funding, LLC | MS 550 PO Box 91121 | Seattle | WA | 981119221 |
| Telhio Credit Union, Inc | | | | 000000000 |
| United Guaranty Residential Insurance Compan | P.O. Box 20327 | Greensboro | NC | 274200000 |
| eCAST Settlement Corporation | c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road | Tucson | AZ | 857121083 |
| Asst US Trustee (Col) | Office of the US Trustee 170 North High Street | Columbus | OH | 432150000 |
| BAC Home Loans Servicing, LP fka | Countrywide Home Loans Servicing, LP 7105 Corporate Drive | Plano | TX | 750240000 |
| Bank Of America | 4161 Piedmont Pkwy | Greensboro | NC | 274108110 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-63795    RICHARD S SHEETS and SOMMER L SHEETS

| | | | | |
|---|---|---|---|---|
| Bank of America Home Loans | PO Box 5170 | Simi Valley | CA | 930620000 |
| Best Buy | Retail Services PO Box 5238 | Carol Stream | IL | 601975238 |
| CR Evergreen, LLC | MS 550 PO Box 91121 | Seattle | WA | 981119221 |
| Cabela&#039;s Club Visa | World&#039;s Foremost Bank PO BOX 82609 | Lincoln | NE | 685010000 |
| Capital One Bank | PO Box 85147 | Richmond | VA | 232760000 |
| Capital One Bank (USA), N.A. | by American Infosource Lp As Agent PO Box 71083 | Charlotte | NC | 282721083 |
| Capital One, N.A. | Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite &#035;200 | Tucson | AZ | 857120000 |
| Chase Bank USA,N.A | c/o Creditors Bankruptcy Service P O Box 740933 | Dallas | TX | 753740000 |
| Chase Cardmember Services | PO Box 15153 | Wilmington | DE | 198860000 |
| CitiCards | PO Box 8110 | South Hackensack | NJ | 076068110 |
| Department Stores National Bank/Macys | Nco Financial Systems, Inc. PO BOX 137 | COLUMBUS | GA | 319020137 |
| Directv | PO Box 9001069 | Louisville | KY | 402901069 |
| Discover | PO BOX 6103 | Carol Stream | IL | 601976103 |
| Discover Bank | DFS Services LLC PO Box 3025 | New Albany | OH | 430543025 |
| Elan Financial Services | P.O. Box 5229 | Cincinnati | OH | 452010000 |
| First Premier Bank | PO Box 5147 | Sioux Falls | SD | 571175147 |
| GE Consumer Finance | For GE Money Bank dba GE MONEY SPORT/GEMB | Orlando | FL | 328960661 |
| GE Money Bank | PO Box 960061 | Orlando | FL | 328960000 |
| Green Tree Servicing LLC | PO Box 6154 | Rapid City South | | 577090000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-63795    RICHARD S SHEETS and SOMMER L SHEETS

| | | | | |
|---|---|---|---|---|
| HSBC Bank Nevada, N.A. | Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 | Tucson | AZ | 857120000 |
| Kingston National Bank | 132 West Main St. PO BOX 248 | Amanda | OH | 431020000 |
| Kohl&#039;s Department Stores, Inc. | Credit Department PO Box 2983 | Milwaukee | WI | 532010000 |
| Macy&#039;s | PO Box 4560 | Carol Stream | IL | 601974560 |
| National Capital Management, LLC. | 8245 Tournament Drive Suite 230 | Memphis | TN | 381250000 |
| National City | PO Box 856177 | Louisville | KY | 402856177 |
| OSU Veterinary Hospital | 601 Vernon L. Tharp St. | Columbus | OH | 432100000 |
| PNC BANK | PO BOX 94982 | CLEVELAND | OH | 441010000 |
| PNC Bank | P.O. Box 94982 | Cleveland | OH | 441410000 |
| PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. POB 41067 | NORFOLK | VA | 235410000 |
| Portfolio Recovery Associates, LLC | PO Box 41067 | Norfolk | VA | 235410000 |
| Portfolio Recovery Associates, LLC | PO Box 41067 | Norfolk | VA | 235411067 |
| Premier BankCard/Charter | P.O. Box 2208 | Vacaville | CA | 956960000 |
| Riverside Methodist Hospital | PO Box 182141 | Columbus | OH | 432180000 |
| TARGET NATIONAL BANK | C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 | SEATTLE | WA | 981210000 |
| Target | C/O Retailers National Bank PO Box 59231 | Minneapolis | MN | 554590231 |
| Telhio Credit Union | 96 North 4th Street | Columbus | OH | 432150000 |
| U. S. Bank N.A. | P.O. Box 5229 | Cincinnati | OH | 452015229 |
| US Bank | PO Box 790408 | Saint Louis | MO | 631790408 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-63795   RICHARD S SHEETS and SOMMER L SHEETS

| | | | | |
|---|---|---|---|---|
| United Guaranty Residential Insurance Co of | PO Box 20327 | Greensboro | NC | 274200000 |
| Wells Fargo Bank N.A. | 4137 121st Street | Urbandale | IA | 503230000 |
| Wells Fargo Financial Cards | PO BOX 98791 | Las Vegas | NV | 891938791 |
| World&#039;s Foremost Bank | PO Box 82609 | Lincoln | NE | 685012609 |
| eCAST Settlement Corporation | c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 | Tucson | AZ | 857120000 |
| Faye D. English | Chapter 13 Trustee 10 West Broad Street | Columbus | OH | 432153449 |
| Katherine Barrett Brewer | 2130 Arlington Avenue | Columbus | OH | 432210000 |
| Richard S. Sheets | 161 Chestnut Estates Drive | Commercial Point | OH | 431160000 |
| Sommer L. Sheets | 161 Chestnut Estates Drive | Commercial Point | OH | 431160000 |
| W Mark Jump | 2130 Arlington Avenue | Columbus | OH | 432210000 |